```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESUS RIVERA-MARTINEZ
6
7
8                IN THE UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) No. CR. S-05-0494 MCE
                                )
12              Plaintiff,      )
                                ) STIPULATION AND ORDER
13      v.                      ) RE: STATUS CONFERENCE
                                )
14 JESUS RIVERA-MARTINEZ,       )
                                ) Date:  December 13, 2005
15              Defendant.      ) Time:  8:30 a.m.
                                ) Judge: Hon. Morrison C. England
16 _____)
17
```

18      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of
19 America, and defendant, Jesus Rivera-Martinez, that the status conference
20 scheduled for December 13, 2005, may be continued to January 3, 2006, at 8:30
21 a.m.

22      The government has provided a portion of discovery but has yet to disclose
23 the search warrant, which led to discovery of the gun charged in the indictment.
24 The defense would like to review that document before determining whether to
25 file pretrial motions.  So that the defense will have sufficient time to
26 consider pretrial motions, the parties agree that the ends of justice to be
27 served by a continuance outweigh the best interests of the public and the
28 defendant in a speedy trial and that time under the Speedy Trial Act may be

excluded from the date of this order through January 3, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                            Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Defender

Dated: December 9, 2005                /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for JESUS RIVERA-MARTINEZ

                                            McGREGOR SCOTT
                                            United States Attorney

Dated: December 9, 2005                /s/ T. Zindel for M. Beckwith
                                            MICHAEL BECKWITH
                                            Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to January 3, 2006, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 3, 2006.

    IT IS SO ORDERED.

Dated: December 14, 2005

                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE