DENNIS S. WAKS, Bar #142581
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS RIVERA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0494 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **RE STATUS CONFERENCE** |
| | ) | |
| JESUS RIVERA-MARTINEZ, | ) | |
| | ) | Date:  January 24, 2006 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jesus Rivera-Martinez, that the status conference scheduled for January 24, 2006, may be continued to February 7, 2006, at 8:30 a.m.

   The government disclosed the search warrant at the time of the last status conference. Defense counsel now intends to request additional discovery from the United States and to file a motion to suppress, which he presently hopes to calendar for hearing on February 7, 2006. For the time being, the parties have agreed that the status conference may be continued to that date; that the ends of justice to be served by a continuance outweigh the best interests of the

public and the defendant in a speedy trial; and that time under the Speedy Trial Act may be excluded from the date of this order through February 7, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                Respectfully submitted,

                                DENNIS S. WAKS
                                Acting Federal Defender

Dated: January 23, 2006          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JESUS RIVERA-MARTINEZ

                                McGREGOR SCOTT
                                United States Attorney

Dated: January 23, 2006          /s/ T. Zindel for M. Beckwith
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 7, 2006, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act (Local Code T4) through February 7, 2006.

IT IS SO ORDERED.

Dated: January 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE