NIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS RIVERA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0494 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER AMENDING** |
| v. | ) | **BRIEFING AND HEARING SCHEDULE** |
| | ) | |
| JESUS RIVERA-MARTINEZ, | ) | |
| | ) | Date: March 7, 2006 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jesus Rivera-Martinez, that the briefing schedule previously set for a motion by defendant to suppress evidence may be amended as set forth below, with the hearing date continued from March 7, 2006, to April 4, 2006, at 8:30 a.m.

    Defendant's opening brief shall be filed March 8, 2006.

    The government's opposition shall be filed March 22, 2006.

    A reply brief may be filed March 29, 2006.

    Hearing on the motion shall be held April 4, 2006, at 8:30.  If evidence is to be taken, an evidentiary hearing may be scheduled at that hearing.

1    Defense counsel received additional discovery while drafting the motion.
2 Because that discovery may bear on the scope of the issues raised, counsel seeks
3 additional time to review and incorporate it. So that this may be done, the
4 parties agreed that the ends of justice to be served by a continuance outweigh
5 the best interests of the public and the defendant in a speedy trial; and that
6 time under the Speedy Trial Act shall continue to be excluded through the date
7 the motion is filed (expected to be March 8, 2006) pursuant to 18 U.S.C. §
8 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

Dated: March 2, 2006                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JESUS RIVERA-MARTINEZ


                                        McGREGOR SCOTT
                                        United States Attorney

Dated: March 2, 2006                    /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney

///
///
///
///
///
///
///
///
///

**O R D E R**

The above schedule is adopted and time under the Speedy Trial Act is excluded for the reasons stated above and by agreement of the parties. Hearing on defendant's motion to suppress is continued to April 4, 2006, at 8:30 a.m.

IT IS SO ORDERED.

Dated: March 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE