```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-cr-0494 MCE |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS INDICTMENT |
| v. ) | AND ~~PROPOSED~~ ORDER |
| JESUS RIVERA-MARTINEZ, ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks this honorable Court for an order dismissing the indictment in Case No. S-05-494 MCE, filed on November 16, 2005.

This motion is made because on March 28, 2006, in the courtroom of Magistrate Judge Kimberly J. Muller, the defendant pled guilty to a superseding information charging two misdemeanor violations: 1) Title 8, United States Code § 1325(a)(1) (illegal entry by an alien), and 2) Title 18, United States Code § 1028 (possession of fraudulent identification documents).  On the same day, he waived appeal and was sentenced to six (6) months imprisonment for each offense, to be served concurrently.

///

Defendant's custody status has not changed as he is now serving his sentence on the misdemeanor convictions.

DATE: April 1, 2006                    McGREGOR W. SCOTT
                                       United States Attorney

                                       By /s/ Michael M. Beckwith
                                       MICHAEL M. BECKWITH
                                       Assistant U.S. Attorney

**O R D E R**

APPROVED AND SO ORDERED:

DATED: April 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2